# United States District Court
# For The Western District of North Carolina
# Asheville Division

ANTHONY ALLEN LEMAY,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CIVIL CASE NO. 1:06cv336
[Criminal Case No. 1:02cr105-6]

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 16, 2010 Memorandum of Decision and Order.

Signed: December 16, 2010

Frank G. Johns, Clerk
United States District Court